UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| M-I, L.L.C., <br><br> Plaintiff, <br> v. <br><br> CHAD LEE STELLY, et al., <br><br> Defendants. | § § § § § § § § § § § § § |

CIVIL ACTION NO. H-09-cv-01552

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion to Expedite Discovery as to Wellbore and Motion to Compel Deposition and Production of Documents from Knobloch (Doc. No. 31.) Plaintiff's Motion is **GRANTED** as to Knobloch's deposition. Knobloch is **ORDERED** to appear for a deposition after that of Kenneth Pope and before the July 16 hearing. Plaintiff's Motion is **DENIED** as to its request for production of documents from Knobloch and Wellbore.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 2nd day of July, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.